# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEHEIR JORDAN PARKER,

    Defendant.

Case No. 2:20-mj-00895-VCF

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 19, 2021, at the hour of 4:00 p.m., be vacated and continued to July 19, 2021 at 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 15 day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE